UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VIRGINIA DOLORES RODER and
JOSEPH E. RODER,

        **Plaintiffs,**

v.                                                             Case No:  6:12-cv-1076-Orl-36KRS

RH FUNDING COMPANY, RWT
HOLDINGS, INC., SEQUOIA
RESIDENTIAL FUNDING, INC., et al.

        **Defendants.**

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on December 7, 2012 (Doc. 51). In the Report and Recommendation, the Magistrate Judge recommends that the Court grant in part Defendants JPMorgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc. and Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiffs' Complaint and Motion to Strike Demand for Attorney's Fees (Doc. 30) and Defendant RH Funding Company's Motion to Dismiss Plaintiff's Complaint and Motion to Strike Plaintiff's Demand for Attorney's Fees (Doc. 35). *See* Doc. 51. Specifically, the Magistrate Judge recommends that the Court dismiss *pro se* Plaintiffs Virginia Dolores Roder and Joseph E. Roder's ("Plaintiffs") Complaint, and grant Plaintiffs leave to file an Amended Complaint only as to the causes of action for fraud (assuming they can establish that the Court has subject matter jurisdiction over this state law cause of action) and violation of the Truth in Lending Act ("TILA"). *Id.* at 12–13. None of the parties have objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that on the record currently before the Court, Plaintiffs' Complaint does not contain sufficient factual allegations to survive a motion to dismiss. *See* Doc. 51, p. 4. However, because Plaintiffs Complaint was filed without the assistance of counsel, the Court agrees that Plaintiffs should be given an opportunity to file an Amended Complaint, but only as to the causes of action for fraud and violation of TILA. *See id.* at 5. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 51) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants JPMorgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc. and Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiffs' Complaint and Motion to Strike Demand for Attorney's Fees (Doc. 30) is **GRANTED in part** and **DENIED in part**.

3. Defendant RH Funding Company's Motion to Dismiss Plaintiff's Complaint and Motion to Strike Plaintiff's Demand for Attorney's Fees (Doc. 35) is **GRANTED in part** and **DENIED in part**.

4. Plaintiffs' Complaint (Doc. 1) is **DISMISSED without prejudice**. Plaintiffs are granted leave to file an Amended Complaint, only as to the causes of action for fraud and violation of TILA, within **FOURTEEN (14) DAYS** from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties